UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE ALEX JARAMILLO,

v.  Case No. 8: 00-cr-266-T-17MSS
    8: 05-cv-971-T-17MSS

UNITED STATES OF AMERICA.

_____

O R D E R

This Court denied Defendant's motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255. (Doc. cv-1, cr-169).

Defendant has filed an application for certificate of appealability (Doc. cv-9) and a motion to proceed on appeal in forma pauperis (Doc. cv-10).

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Defendant has failed to meet this standard.  Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

1. That Defendant's application for certificate of appealability (Doc. cv-9) is denied.

2. That Defendant's motion to proceed on appeal in forma pauperis (Doc. cv-10) is denied.

ORDERED in Tampa, Florida, on August 11, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Erik R. Matheney, Esq.
Pro so: Jose Alex Jaramillo